ELTON J. ROSS, Respondent, *v.* JOHN KING et al., as Receivers of the NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellants.

*Ross* v. *King*, 66 App. Div. 617, affirmed.
(Argued June 24, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 12, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Bacon* and *Joseph Merritt* for appellants.

*Frank S. Anderson* and *John F. Anderson* for respondent.

Judgment affirmed, with costs, on authority of *Baer* v. *McCullough* (176 N. Y. 97).

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ.   Absent: MARTIN, J.